Michael Lozeau (Bar No. 142893)
 michael@lozeaudrury.com
David Zizmor (Bar No. 255863)
 david@lozeaudrury.com
LOZEAU | DRURY LLP
1516 Oak Street, #216
Alameda, California 94501
Telephone: (510) 749-9102
Facsimile: (510) 749-9103

Daniel Cooper (Bar No. 153576)
 daniel@lawyersforcleanwater.com
Samantha Williams (Bar No. 251344)
 samantha@ lawyersforcleanwater.com
LAWYERS FOR CLEAN WATER, INC.
1004-A O'Reilly Avenue
San Francisco, California 94129
Telephone: (415) 440-6520
Facsimile: (415) 440-4155

*Attorneys for Plaintiff*
California Sportfishing Protection Alliance

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a California non-profit corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>EL DORADO IRRIGATION DISTRICT, a California irrigation district.<br><br>    Defendant. | Case No. 2-10-CV-00235-JAM-JFM<br><br>**NOTICE OF SETTLEMENT AND STIPULATION AND ORDER TO EXTEND TIME TO ANSWER THE COMPLAINT AND FILE A JOINT STATUS REPORT**<br><br>Judge: Hon. John A. Mendez |

PDF created with pdfFactory trial version www.pdffactory.com

**PLEASE TAKE NOTICE** that the parties have reached a settlement resolving all claims in this action.  The settlement is contingent upon the expiration of the federal agencies' 45-day review period required by the Federal Water Pollution Control Act, 33 U.S.C. § 1365(c)(2).[1]

**PLEASE TAKE FURTHER NOTICE** that, in accordance with federal law, no judgment disposing of this action may be entered prior to 45 days following the receipt of the proposed settlement agreement by the United States Department of Justice and the national and Region IX offices of the United States Environmental Protection Agency.  *See* 40 C.F.R. § 135.5 (requiring the parties to provide notice to the court of the 45-day agency review period under 33 U.S.C. § 1365(c)).  Such notice was mailed to the agencies on May 26, 2010.  The regulatory agencies' review period will end by approximately July 19, 2010 (allowing forty-five days for agency review and approximately nine days for mailing time).  If any of the reviewing agencies object to the proposed agreement, the parties would require additional time to meet and confer and attempt to resolve the agencies' concerns.  At the end of the 45-day review period, the parties will file either a Stipulation for Approval of Settlement Agreement and Dismissal of Plaintiff's Claims or a Notice that the settlement is null and void.

In light of the settlement agreement entered into by the parties and the need to await the conclusion of the agencies' 45-day review period, Plaintiff California Sportfishing Protection Alliance ("CSPA") and Defendant El Dorado Irrigation District ("EDID"), through their respective counsel, stipulate and agree as follows:

**WHEREAS**, on January 28, 2010, CSPA filed its complaint in this action;

**WHEREAS**, on January 29, 2010, the Court issued an Order Requiring Joint Status Report ("Order") requiring the parties to file a join status report within 60-days of service of the complaint and summons;

**WHEREAS**, CSPA and EDID have been diligently engaged in settlement discussions since

---

[1] Title 33 of the United States Code, Section 1365(c)(2) provides that "[n]o consent judgment shall be entered in an action in which the United States is not a party prior to 45-days following the receipt of a copy of the proposed consent judgment by the Attorney General and the Administrator."

1
NOTICE OF SETTLEMENT AND STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO ANSWER THE
COMPLAINT AND FILE A JOINT STATUS REPORT
Case No. 2-10-CV-00235-JAM-JFM

PDF created with pdfFactory trial version www.pdffactory.com

prior to the filing of the complaint;

**WHEREAS**, EDID waived service of the summons on April 1, 2010 and is required to file a responsive pleading to the complaint not later than June 1, 2010;

**WHEREAS**, the Court's Order dated January 29, 2010, as revised by the minute order entered on May 26, 2010, requires the parties to file a joint status report not later than June 4, 2010;

**WHEREAS**, the parties successfully completed and executed a Settlement Agreement on May 25, 2010;

**WHEREAS**, on May 26, 2010, the parties submitted the Settlement Agreement via certified mail, return receipt requested, to the U.S. EPA and the U.S. Department of Justice and must now await the completion of the 45-day review period set forth at 40 C.F.R. § 135.5 and 33 U.S.C. § 1365(c)(2);

**WHEREAS**, in the interests of efficiency and judicial economy, the parties wish to preserve costs incurred in this matter pending the agencies review of the executed settlement agreement;

**THEREFORE, IT IS HEREBY STIPULATED** by and between CSPA and EDID, through their respective counsel of record, that EDID's time to file a responsive pleading to CSPA's complaint shall be extended to and including August 5, 2010.

**IT IS HEREBY FURTHER STIPULATED** by and between CSPA and EDID, through their respective counsel of record, that the time to file a joint status report shall be extended to and including August 5, 2010.

///
///
///
///
///
///
///
///

PDF created with pdfFactory trial version www.pdffactory.com

1  The parties respectfully request an order from this Court that both extends EDID's time to file a responsive pleading to CSPA's complaint and the time for the parties to file a joint status report through August 5, 2010.

Dated: May 26, 2010          Respectfully submitted,

LOZEAU DRURY LLP

By:  *Michael R. Lozeau*
Michael R. Lozeau
Attorney for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE


DOWNEY BRAND LLP

By:  *Nicole Granquist* (as authorized on May 26, 2010)
Nicole Granquist
Attorney for Defendant
EL DORADO IRRIGATION DISTRICT

**ORDER**

IT IS SO ORDERED.


Dated:  May 26, 2010                    /s/ John A. Mendez
                                        Honorable John A. Mendez
                                        United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com